IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THOMAS MCLEAN HENDLEY,                                                PLAINTIFF
Reg. #54647-019
                        CASE NO. 2:17-CV-100-JLH/BD
V.

TRACY GUTHRIE, et al.                                                 DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Hendley's First Amendment and access-to-courts claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 10th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE