# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**THOMAS MCLEAN HENDLEY,**                                  **PLAINTIFF**
**Reg. #54647-019**

V.               **CASE NO. 2:17-CV-100-JLH-BD**

**TRACY GUTHRIE, et al.**                                        **DEFENDANTS**

## ORDER

      The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

      Defendants' motions to dismiss (docket entries #34, #36) are GRANTED. Hendley's FTCA claim against the USA is DISMISSED without prejudice based on his failure to exhaust his administrative remedies. Hendley's equal protection claim is DISMISSED with prejudice. Hendley's motions (#49, #51) are DENIED as moot.

      IT IS SO ORDERED this 13th day of September, 2018.

                                                _____
                                                UNITED STATES DISTRICT JUDGE