## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**THOMAS MCLEAN HENDLEY,**                                              **PLAINTIFF**
**Reg. #54647-019**

**V.**                          **CASE NO. 2:17-CV-100-JLH-BD**

**TRACY GUTHRIE, et al.**                                              **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 13th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE